**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
Appellant

v.

**INTELLECTUAL VENTURES II LLC, Appellee.**

No. 2015–1837.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Kenneth R. Adamo, Kirkland & Ellis LLP, Chicago, IL, argued for appellant. Also represented by Brent P. Ray, Meredith Zinanni, Eugene Goryunov; John C. O'Quinn, Washington, DC.

Peter J. McAndrews, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellee. Also represented by Jonathan M. Strang, Byron Leroy Pickard, Lori A. Gordon, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC.

MOORE, O'MALLEY, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**